UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

CHARLES E. BANKS )
)
v. ) NO. 2:08-CV-41
)
PAT HOLLYFIELD, *et al.* )

## MEMORANDUM

This is a prisoner's *pro se* civil rights suit pursuant to 42 U.S.C. § 1983. By Scheduling Order entered in this cause, plaintiff was directed to file his Pretrial Narrative Statement on or before March 12, 2009, and he was also forewarned that his case would be dismissed if he failed to comply with that order. (Doc. 9). That date has passed, and plaintiff has not filed his Pretrial Narrative Statement.

Accordingly, this action will be **DISMISSED**, by separate order, for failure to prosecute and failure to comply with the orders of the Court. Rule 41(b), Federal Rules of Civil Procedure.

**ENTER**:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE